Form 3A
(10/05)

# United States Bankruptcy Court
District Of ____Illinois____

In re __Cherie Mahon__,
　　　　　Debtor

Case No. __08-04443__

Chapter __13__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ __274.00__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

$ __68.50__　　Check one ☒ With the filing of the petition, or
　　　　　　　　　　　　　☐ On or before _____

$ __68.50__　　on or before __MAR 21 2008__

$ __68.50__　　on or before __APR 10 2008__

$ __68.50__　　on or before __MAY 08 2008__

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

FEB 2 7 2008

KENNETH S. GARDNER, CLERK
PS REP. - DDS

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____　　_____
Signature of Attorney　　　　　　　　Date

__Cherie Mahon__　　__02/27/08__
Signature of Debtor　　　　　　　　Date
(In a joint case, both spouses must sign.)

_____
Name of Attorney

_____　　_____
Signature of Joint Debtor (if any)　　Date

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
District Of _____Illinois_____

In re _Cherie Mahon_,
      Debtor

Case No. _08-04443_

Chapter _13_

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____  Check one  ☐ With the filing of the petition, or
                            ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

**KENNETH S. GARDNER**
Clerk, U.S. Bankruptcy Court

Date: _FEB 27 2008_

_____
Kenneth S. Gardner, Clerk of the Court