```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 04443
   CHERIE MAHON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-3624

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/27/2008 and was not confirmed.

     The case was dismissed without confirmation 04/21/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS        CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
--------------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE  UNSECURED        800.23         .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED        279.10         .00           .00
PRO SE DEBTOR             DEBTOR ATTY         .00                       .00
TOM VAUGHN                TRUSTEE                                       .00
DEBTOR REFUND             REFUND                                        .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                        --------------        --------------
TOTALS                        .00                     .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 07/22/08              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE